# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-19-00272-CV

**City of Austin, Appellant**

**v.**

**Ali and Dona Tabrizi, Appellees**

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-GN-17-001028, THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties have filed an agreed motion to stay all pending deadlines in this appeal for a 90-day period beginning on June 3 to allow them to engage in settlement negotiations.  We grant the motion and abate the appeal.  The parties shall submit either a joint status report concerning the status of settlement negotiations or a motion to dismiss on or before September 3, 2019.

Before Justices Goodwin, Baker, and Triana

Abated

Filed:  May 30, 2019